# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE TRUJILLO,<br><br>    Plaintiff,<br><br>    v.<br><br>MELINDA MIDDLETON PRICE, et al.,<br><br>    Defendants. | Case No.  1:16-cv-01338-AWI-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>DECEMBER 7, 2016 DEADLINE |

On November 7, 2016, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.  (ECF No. 9.)

Accordingly, it is HEREBY ORDERED that:

1.     All pending matters and dates are VACATED; and

2.     The parties shall file dispositional documents on or before December 7, 2016.

IT IS SO ORDERED.

Dated:     **November 8, 2016**

UNITED STATES MAGISTRATE JUDGE

1